**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 530 EAL 2019

            Respondent             :

                                      :   Petition for Allowance of Appeal

                                      :   from the Order of the Superior Court

             v.                       :

                                      :

DYSHAN AURSBY,                      :

             Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.